No. 388. BROWN ET AL. *v.* CALIFORNIA.

Motion submitted October 7, 1929. Decided October 14, 1929. *Per Curiam:* The Court is of opinion that the arguments of petitioners upon the action of the state court in allowing a juror to sit and in denying a writ of error *coram nobis* are frivolous. For this reason, the motion for leave to proceed further herein *in forma pauperis,* and the petition for a writ of certiorari, are severally denied.

The clerk is directed to enter the usual order for the payment of costs already incurred, as provided in the order of October 29, 1926. *Messrs. George C. Faulkner* and *J. J. Henderson* for petitioners. *Mr. U. S. Webb,* Attorney General of California, for respondent.

No. 329. GOOD SPRINGS ANCHOR Co. *v.* UNITED STATES.

Petition submitted October 7, 1929. Decided October 21, 1929. *Per Curiam:* The petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit is granted. The judgment of the Circuit Court of Appeals is reversed and the cause is remanded to the District Court of the United States for the Southern District of California with directions to dismiss the suit. *Mr. Ralph W. Smith* for petitioner. *Solicitor General Hughes* and *Mr. Sewall Key* for the United States.